No. 426, Misc.  LATIMER *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 430, Misc.  SMITH *v.* CALIFORNIA.  District Court of Appeal of California, First District.  Certiorari denied.

No. 432, Misc.  BARR *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 433, Misc.  DAVIS *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 437, Misc.  DAVENPORT ET AL. *v.* WATERS, WARDEN. Criminal Court of Appeals of Oklahoma.  Certiorari denied.

No. 438, Misc.  PINKOS *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 445, Misc.  O'NEILL *v.* ROBINSON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 465, Misc.  EDWARDS *v.* OHIO.  Supreme Court of Ohio.  Certiorari denied.

No. 43.  HARISIADES *v.* SHAUGHNESSY, DISTRICT DI-RECTOR OF IMMIGRATION AND NATURALIZATION; and

No. 264.  COLEMAN *v.* McGRATH, ATTORNEY GENERAL, ET AL., 342 U. S. 580.  Petitions for rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.